Case 1:25-cv-01678-AHA   Document 18-7   Filed 12/02/25   Page 1 of 4

Exhibit F to Declaration of Matthew Giacona
*Ack for Whales, Inc. et al. v US Dept. of Commerce*
1:25-cv-1678



# Construction and Operations Plan

Lease Area OCS-A 0534

Volume I Text

February 2024

**Submitted by**
Park City Wind LLC

**Submitted to**
Bureau of Ocean Energy Management
45600 Woodland Rd
Sterling, VA 20166

**Prepared by**
Epsilon Associates, Inc.



# New England Wind Construction and Operations Plan for Lease Area OCS-A 0534

# Volume I Text

*Submitted to:*
BUREAU OF OCEAN ENERGY MANAGEMENT
45600 Woodland Rd
Sterling, VA 20166

*Submitted by:*
Park City Wind LLC

*Prepared by:*



*In Association with:*

| | |
|---:|:---|
| Baird & Associates | JASCO Applied Sciences |
| Biodiversity Research Institute | Public Archaeology Laboratory, Inc. |
| Capitol Air Space Group | RPS |
| Geo SubSea LLC | Saratoga Associates |
| Geraldine Edens, P.A. | SEARCH, Inc. |
| Gray & Pape | Wood Thilsted Partners Ltd |

February 2024

### 3.1.1.3 Tentative Draft Schedule for Phase 1

Federal and Massachusetts environmental reviews, and subsequent federal, state, regional and local permitting are expected to be a principal focus of New England Wind Phase 1 activities during 2020–early2024.  Assuming the necessary permits are issued and financial close is achieved, onshore construction of Phase 1 would likely begin in late 2024 and offshore construction would likely begin in 2026.  Under that schedule, Phase 1 is expected to be operational by early 2028.  A high-level representation of the Phase 1 construction schedule is provided as Figure 3.1-3.

Phase 1 would operate for up to 30 years.  A more detailed discussion of Phase 1 operations and maintenance (O&M) is provided in Section 3.3.2.  Once the Phase 1 operational term ends, the Phase 1 facilities will be decommissioned.  Decommissioning of Phase 1 is described in Section 3.3.3.

### *3.1.2 Phase 1 Portion of the SWDA*

The Phase 1 offshore facilities in the Southern Wind Development Area (SWDA) will consist of 41 to 62 WTGs, one or two ESP(s), their foundations, and the associated offshore cables (see Table 3.1-2).  The WTGs/ESP(s) will be oriented in fixed east-to-west rows and north-to-south columns with one nautical mile (1.85 km) spacing between WTG/ESP positions.[23]

**Table 3.1-2    Phase 1 WTG and ESP Positions**

|  | Minimum | Maximum |
|---|---|---|
| WTGs Installed | 41 | 62 |
| ESPs Installed | 1 | 2 |

The portion of the SWDA that is developed for Phase 1 will depend on:

- The final geographic size of Vineyard Wind 1 will define the northeastern border of Phase 1.  Lease Area OCS-A 0501 contains 10 "spare" or extra WTG positions for Vineyard Wind 1.  If some or all of those spare positions are not developed for Vineyard Wind 1, they will be assigned from Vineyard Wind 1 LLC to Lease Area OCS-A 0534 and developed as part of Phase 1.  Therefore, the potential footprint of Phase 1 includes a portion of Lease Area OCS-A 0501 (see Figure 3.1-4).  If Vineyard Wind 1 uses its maximum number of spare positions, Phase 1 will be located farther southwest than if Vineyard Wind 1 were to use fewer spare positions.

---

[23] Where necessary, WTGs and ESP(s) may be micro-sited by a maximum of 152 m (500 ft) to avoid unfavorable seabed conditions, maintain facilities within lease area boundaries, and/or for other unexpected circumstances.

| Activity | 2023 | | | | 2024 | | | | 2025 | | | | 2026 | | | | 2027 | | | | 2028 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 |
| Onshore substation construction, commissioning, & testing | | | | | | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | | | | | | | |
| Onshore export cable installation & commissioning | | | | | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | | | | | | | | | | |
| Offshore export cable installation & termination | | | | | | | | | | | | | | | | ▓ | ▓ | ▓ | | | | | |
| ESP installation & commissioning | | | | | | | | | | | | | | ▓ | ▓ | | ▓ | | | | | | |
| Foundation installation | | | | | | | | | | | | | | ▓ | ▓ | ▓ | | | ▓ | | | | |
| Inter-array cable installation & termination | | | | | | | | | | | | | | | | | ▓ | ▓ | | | | | |
| WTG installation & commissioning | | | | | | | | | | | | | | | | | ▓ | ▓ | ▓ | ▓ | ▓ | | |

Note: Phase 1 is expected to operational by early 2028.



**Figure 3.1-3**
*Phase 1 High-Level Construction Schedule*

New England Wind
AVANGRID RENEWABLES