# EXHIBIT 1

# KEEGAN WERLIN LLP

ATTORNEYS AT LAW

ONE CRANBERRY HILL, SUITE 304

LEXINGTON, MASSACHUSETTS 02421

———

(617) 951-1400

December 30, 2025

Peter Ray, Secretary  
Department of Public Utilities  
One South Station, 3rd Floor  
Boston, MA 02110

Re:  Long-Term Contracts for Offshore Wind Energy Generation Pursuant to Section 83C of Chapter 169 of the Acts of 2008, as Amended – D.P.U. 23-42

Dear Secretary Ray:

On August 23, 2023, the Department of Public Utilities ("Department") issued a final Order approving the proposed timetable and method for the fourth solicitation contained in a request for proposals ("RFP") for offshore wind energy generation pursuant to Section 83C of the Green Communities Act, St. 2008, c.169, as amended by the Energy Diversity Act, and the Act Driving Clean Energy and Offshore Wind ("Section 83C"), subject to the directives of the Department. The RFP was proposed jointly by Massachusetts Department of Energy Resources ("DOER"), Fitchburg Gas and Electric Light Company, d/b/a Unitil, Massachusetts Electric Company and Nantucket Electric Company d/b/a National Grid, and NSTAR Electric Company d/b/a/ Eversource Energy (collectively, the "Evaluation Team").

The current Section 83C RFP schedule, as amended, anticipates that contract execution with two counterparties will occur by December 31, 2025. Due to ongoing uncertainty caused by federal level activities, the counterparties have not yet completed their contract negotiations and are now targeting the completion of negotiations and execution of contracts on or before June 30, 2026. The Evaluation Team is now targeting the filing of contracts with the Department on or before August 31, 2026.

The Evaluation Team will continue to inform the Department of the progress towards the submittal of the contracts for Department approval. Thank you for your attention to this matter. Please contact me with any questions regarding this filing.

Sincerely,

*Jessica Buno Ralston*

Jessica Buno Ralston

cc:   Susan Geiser, Hearing Officer  
      Service List, D.P.U. 23-42