IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACK FOR WHALES, INC., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>*Defendants,*<br><br>and<br><br>AVANGRID POWER, LLC,<br>PARK CITY WIND LLC, and<br>COMMONWEALTH WIND, LLC,<br><br>*Defendant-Intervenors.* | Case No.: 1:25-cv-01678-AHA<br><br>Hon. Amir H. Ali<br><br><u>Hearing Requested</u> |

**DECLARATION OF JANICE M. SCHNEIDER IN SUPPORT OF DEFENDANT-INTERVENORS AVANGRID POWER, LLC; PARK CITY WIND LLC; AND COMMONWEALTH WIND, LLC'S OPPOSITION TO FEDERAL DEFENDANTS' MOTION FOR VOLUNTARY REMAND AND STAY**

Pursuant to 28 U.S.C. § 1746(2), I, Janice M. Schneider, hereby declare:

1. I am an attorney licensed to practice law in the District of Columbia, a member of this Court, and am Partner at Latham & Watkins LLP, counsel of record for Defendant-Intervenors Avangrid Power, LLC, Park City Wind LLC, and Commonwealth Wind, LLC ("Defendant-Intervenors") in the above captioned action. I have personal knowledge of the matters recited herein, and if called upon to testify concerning them under oath, I could and would testify thereto.

2. A true and correct copy of an excerpt of the transcript associated with the January 12, 2026, Preliminary Injunction Hearing in *Revolution Wind, LLC v. Burgum*, No. 1:25-CV-02999-RCL is attached hereto as **Exhibit A.**

1

3. A true and correct copy of an excerpt of the transcript associated with the January 15, 2026, Preliminary Injunction Hearing in *Empire Leaseholder LLC v. Burgum*, No. 1:26-cv-00004-CJN is attached hereto as **Exhibit B.**

4. A true and correct copy of excerpts of the transcripts associated with the September 18, 2025 and October 7, 2025 Status Conferences in *Mayor & City Council of Ocean City*, No. 1:24-cv-3111 are attached hereto as **Exhibit C** and **Exhibit D**, respectively.

5. A true and correct copy of the New England Wind Farm and New England Wind Project's Record of Decision is attached hereto as **Exhibit E**.

6. A true and correct copy of Appendix B to the Record of Decision containing the Outer Continental Shelf Lands Act Compliance Review of the Project's Construction and Operations Plan ("COP") is attached hereto as **Exhibit F**.

7. A true and correct copy of the Conditions of COP Approval letters for both New England 1 and New England 2 are attached hereto as **Exhibit G** and **Exhibit H**, respectively.

8. The Conditions of Approval for New England Wind 1 may be found on the Bureau of Ocean Energy Management ("BOEM") website at: https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/New%20England%20Wind%201%20OCS-A%200534%20App%20A%20Conditions%20of%20COP%20Approval.pdf.

9. The Conditions of Approval for New England Wind 2 may be found on the BOEM website at: https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/New%20England%20Wind%202%20OCS-A%200561%20App%20A%20Conditions%20of%20COP%20Approval.pdf.

3

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746(2) that the foregoing is true and correct.

Executed on January 16, 2026, at Washington, D.C.

By */s/ Janice M. Schneider*
Janice M. Schneider (D.C. Bar No. 472037)

*Counsel for Defendant-Intervenors*
*Avangrid Power, LLC, Park City Wind LLC,*
*and Commonwealth Wind, LLC*

3