UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACK FOR WHALES, Inc., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>　　　　Defendants. | Case No, 2:25-cv-1678-JW<br><br>Honorable Amir H. Ali |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

　　　　By minute order dated November 25, 2025, this Court granted Intervenor Defendants unopposed motion for a fourteen-day extension to file their opposition brief to Federal Defendants' motion for a voluntary remand. Under that order, Federal Defendants' reply is due February 16, 2026.

　　　　Federal Defendants need an additional two weeks to prepare their reply brief. Intervener Defendants' opposition filing, including exhibits, is fifty-two pages. At the same time, counsel for Federal Defendants have eight separate deadlines in the next three weeks, including: briefs and reports due February 18 and 20, and March 2; one responsive pleading due February 17 and two on February 23; and a mediation conference commencing February 12. The last month was similar.

　　　　Council for the Plaintiffs and Intervenor Defendants have authorized the undersigned to inform the Court that Plaintiffs do not oppose this motion and that Intervenor Defendants take no position.

　　　　For the foregoing reasons, Federal Defendants respectfully request a two-week extension, until March 2, 2026, to file their reply brief in support of their motion for voluntary remand and stay.

　　　　Dated this 11th day of February 2026.

　　　　　　　　　　　　　　Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/Peter Kryn Dykema*
Peter Kryn Dykema
Bonnie M. Ballard
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0482
peter.dykema@usdoj.gov
Bonnie.M.Ballard@usdoj.gov
Phone: (202) 305 0436
Fax: (202) 305 0274
Attorneys for Defendants

Electronically filed.