# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACK FOR WHALES, Inc., *et al.*, | |
| Plaintiffs, | Case No, 2:25-cv-1678-JW |
| v. | Honorable Amir H. Ali |
| UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, | |
| Defendants. | |

**SECOND MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

By minute order dated February 12, 2025, this Court granted Federal Defendants a fourteen-day extension to file their reply brief in support of Federal Defendants' motion for a voluntary remand. Dkt. 24. Under that order, Federal Defendants' reply is due March 2, 2026.

Federal Defendants need one additional week to prepare their reply brief. Intervener Defendants' opposition filing, including exhibits, is substantial, and in addition to the multiple filing deadlines undersigned counsel are facing (see Dkt. 23), one of us contracted Covid and has been unable to work for a week.

Council for the Plaintiffs and Intervenor Defendants have authorized the undersigned to inform the Court that Plaintiffs do not oppose this motion and that Intervenor Defendants take no position.

For the foregoing reasons, Federal Defendants respectfully request a one-week extension, until March 9, 2026, to file their reply brief in support of their motion for voluntary remand and stay.

Dated this 25th day of February 2026.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/Peter Kryn Dykema*

Peter Kryn Dykema
Bonnie M. Ballard
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.   20044-0482
peter.dykema@usdoj.gov
Bonnie.M.Ballard@usdoj.gov
Phone: (202) 305 0436
Fax: (202) 305 0274
Attorneys for Defendants

Electronically filed.