**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| ACK FOR WHALES, INC., et al., |
| |
| *Plaintiffs*, |
| |
| v. |
| |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., |
| |
| *Defendants*, |
| |
| and |
| |
| AVANGRID POWER, LLC, et al., |
| |
| *Defendant-Intervenors*. |

Case No. 1:25-cv-1678-AHA

**[PROPOSED] ORDER**

Upon consideration of the Motion of the Commonwealth of Massachusetts to Participate in Hearing as Amicus Curiae, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

Date:_____                    _____
                                                                Hon. Amir H. Ali

Respectfully Submitted,

THE COMMONWEALTH OF
MASSACHUSETTS

By and through its attorneys,

ANDREA JOY CAMPBELL
Attorney General of the Commonwealth of
Massachusetts

*/s/ Jon Whitney*
Jon Whitney
Special Assistant Attorney General
Environmental Protection Division
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200
Jon.Whitney@mass.gov

## **CERTIFICATE OF SERVICE**

I, Jon Whitney, hereby certify that I have this day, April 21, 2026, served the foregoing document upon all parties of record by electronically filing to all ECF-registered parties.

/s/ *Jon Whitney*
Jon Whitney
Special Assistant Attorney General
Commonwealth of Massachusetts

2