**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ACK FOR WHALES, INC., et al.,**<br><br>**Plaintiffs,**<br>**v.**<br>**UNITED STATES DEPARTMENT OF COMMERCE, et al.,**<br><br>**Federal Defendants,**<br><br>**and**<br><br>**AVANGRID POWER, LLC, et al.,**<br><br>**Defendant-Intervenors.** | **Case No.: 1:25-cv-01678-AHA**<br>**Hon. Amir H. Ali** |

**FEDERAL DEFENDANTS' RESPONSE TO DEFENDANT-INTERVENORS' MOTION TO COMPLETE THE NATIONAL MARINE FISHERIES SERVICE ADMINISTRATIVE RECORD**

The National Marine Fisheries Service ("NMFS") certified its administrative record in the above-captioned matter on August 3, 2026. Dkt. No. 44-1. Samuel D. Rauch III, NMFS Deputy Assistant Administrator for Regulatory Programs, certified that the documents listed on the index of NMFS's administrative record, Dkt. No. 44-2, "constitute the true, correct, and complete administrative record, including all documents directly or indirectly considered" in this matter. Dkt. No. 44-1 at 1-2. On September 15, 2026, Defendant-Intervenors filed a motion to complete the NMFS administrative record with 26 additional documents that Defendant-Intervenors assert were considered by NMFS directly or indirectly with respect to the regulatory decisions at issue in this case. Dkt. No. 52. It is unnecessary for the Court rule on Defendant-Intervenors' motion

because, after conferring further with Defendant-Intervenors, Federal Defendants agree to provide the relief that Defendant-Intervenors request in their motion.

Federal Defendants have no objection to Plaintiffs' request to add the documents to the administrative record. Accordingly, Federal Defendants agree to supplement the NMFS administrative record with the 26 additional documents identified by Defendant-Intervenors by October 16, 2026. NMFS' agreement to supplement its record with these materials does not constitute a concession that the agency was required to consider the materials in the presently challenged or any future decision-making.

In addition to the 26 additional documents identified by Defendant-Intervenors, Federal Defendants will also include as part of the administrative record supplement the Final Rule issuing incidental taking regulations for certain geophysical survey activities conducted by oil and gas industry operators in Federal waters of the U.S. Gulf of Mexico. 86 Fed. Reg. 5,322, 5438 (April 19, 2021). That record is referenced in NMFS' response to comments in the Final Rule issuing the incidental taking regulations in the above-captioned matter. 89 Fed. Reg. 52222, 52234 (June 21, 2024).

Dated: October 6, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/ *Mark Arthur Brown*
MARK ARTHUR BROWN
Senior Trial Attorney
D.C. Bar No. 470050
Wildlife & Marine Resources Section

Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 532-3103
Mark.brown@usdoj.gov

PETER KRYN DYKEMA
Senior Trial Attorney
Natural Resources Section
(202) 532 3086
Peter.dykema@usdoj.gov

*Counsel for the United States*

*Of Counsel:*

Gladys P. Miles
Attorney Advisor
National Oceanic and Atmospheric Administration
Office of General Counsel, Fisheries and Protected Resources Section
1315 East-West Highway
SSMC-3, Room 15115
Silver Spring, MD 20910
(301) 908-9822
gladys.miles@noaa.gov