**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ACK FOR WHALES, INC., et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**UNITED STATES DEPARTMENT OF COMMERCE, et al.,**<br><br>**Federal Defendants,**<br><br>**and**<br><br>**AVANGRID POWER, LLC, et al.,**<br><br>**Defendant-Intervenors.** | **Case No.: 1:25-cv-01678-AHA**<br>**Hon. Amir H. Ali** |

**NOTICE OF LODGING SUPPLEMENT TO**
**NATIONAL MARINE FISHERIES SERVICE ADMINISTRATIVE RECORD**

Federal Defendant National Marine Fisheries Service ("NMFS") hereby gives notice of lodging the Supplement to NMFS's certified Administrative Record for the above-captioned case. The Administrative Record Supplement certification (Exhibit 1) and index (Exhibit 2) are filed herewith. The Administrative Record Supplement is being provided to all counsel of record for Plaintiffs and Defendant-Intervenors via an emailed sharefile link.

Dated: October 16, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

/s/ *Mark Arthur Brown*
MARK ARTHUR BROWN
Senior Trial Attorney
D.C. Bar No. 470050
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 532-3103
Mark.brown@usdoj.gov

PETER KRYN DYKEMA
Senior Trial Attorney
Natural Resources Section
(202) 532 3086
Peter.dykema@usdoj.gov

*Counsel for the United States*

*Of Counsel:*

Gladys P. Miles
Attorney Advisor
National Oceanic and Atmospheric Administration
Office of General Counsel, Fisheries and Protected Resources Section
1315 East-West Highway
SSMC-3, Room 15115
Silver Spring, MD 20910
(301) 908-9822
gladys.miles@noaa.gov