**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ACK FOR WHALES, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>*Defendants,*<br><br>&<br><br>AVANGRID POWER, LLC, *et al.*,<br><br>*Defendant-Intervenors.* | Civil Action No. 1:25-cv-01678-AHA<br><br>**CERTIFICATION OF SUPPLEMENTAL ADMINISTRATIVE RECORD** |

1. I, Samuel D. Rauch, III, am employed by the National Marine Fisheries Service ("NMFS") as the Deputy Assistant Administrator for Regulatory Programs.

2. This record was assembled with support from my staff who, under my supervision as Deputy Assistant Administrator for Regulatory Programs, worked on the Incidental Take Regulation issued to Avangrid Renewables, LLC for construction of the New England Wind Project. with an effective date of March 27, 2025, and Letter of Authorization issued to Avangrid Renewables, LLC with an effective date of March 27. 2025. ("Challenged Incidental Take Authorization"); and NMFS's February 16, 2024 Biological Opinion regarding the Construction, Operation, Maintenance, and Decommissioning of the New England Wind Offshore Energy Project (Lease OCS-A-0534) ("Challenged Biological Opinion").

3. On July 24, 2026, I certified to the best of my knowledge, information, and belief that the documents listed in the National Marine Fisheries Service Index filed on August 3, 2026 constitute the true, correct, and complete administrative record, including all documents directly

or indirectly considered, for its Challenged Incidental Take Authorization and Challenged Biological Opinion. which was subsequently filed with this court on August 3, 2026, ECF Doc. 44-1 and 44-2. Consistent with agreements reached on October 6, 2026, ECF Doc. 57, relating to the Defendant-Intervenors' Motion to Complete the National Marine Fisheries Service Administrative Record, Federal Defendants hereby supplement the Administrative Record with several documents identified by Defendant-Intervenors and one document identified by Federal Defendants.

4. I hereby certify to the best of my knowledge, information, and belief that the documents listed in attached Index constitute the contents of NMFS's supplemental administrative record for its Challenged Incidental Take Authorization.

Executed on: October 15, 2026

RAUCH.SAMUEL.DEAN.1365850948 Digitally signed by RAUCH.SAMUEL.DEAN.1365850948 Date: 2026.10.15 09:26:32 -04'00'

Samuel D. Rauch, III
Deputy Assistant Administrator for Regulatory Programs
National Marine Fisheries Service