| Supplemental National Marine Fisheries Service (NMFS) Administrative Records | | |
|---|---|---|
| ACK for Whales, Inc., et al. v. United States Department of Commerce, et. al. | | |
| Case No.: 1-25-cv-01678-AHA (D.D.C.) | | |
| 10/15/2026 | | |
| | | NMFS ESA |
| | | Supplemental Documents |
| Bates Range | Date | Description/Title Document |
| NMFS_0000099008-NMFS_0000099136.pdf | 1/19/2021 | 86 FR 5322 Taking Marine Mammals Incidental to Geophysical Surveys |
| NMFS_0000099137-NMFS_0000099295.pdf | 12/2/2021 | DRAFT New England Wind LOA - Application |
| NMFS_0000099296-NMFS_0000099454.pdf | 1/5/2022 | DRAFT New England Wind LOA - Application NMFS Comments |
| NMFS_0000099455-NMFS_0000099455.xlsx | 2/10/2022 | NE Wind LOA NMFS Comment Matrix NE Wind Response |
| NMFS_0000099456-NMFS_0000099647.pdf | 2/10/2022 | New England Wind LOA - Application (redline) |
| NMFS_0000099648-NMFS_0000099839.pdf | 3/11/2022 | New England Wind LOA - Application (clean) NMFS Comments |
| NMFS_0000099840-NMFS_0000099840.xlsx | 4/14/2022 | NE Wind LOA Application NMFS Comments and Responses |
| NMFS_0000099841-NMFS_0000100035.pdf | 4/20/2022 | New England Wind LOA App A Acoustic Impact Assessment Appendix NMFS Comments |
| NMFS_0000100036-NMFS_0000100038.pdf | 4/22/2022 | New England Wind LOA App C SFV Plan Framework NMFS Comments |
| NMFS_0000100039-NMFS_0000100039.xlsx | 5/27/2022 | NE Wind Acoustic Report Comment Responses |
| NMFS_0000100040-NMFS_0000100040.xlsx | 5/27/2022 | NE Wind LOA - SFV Plan Comment Responses |
| NMFS_0000100041-NMFS_0000100419.pdf | 5/27/2022 | New England Wind LOA Application (redline) |
| NMFS_0000100420-NMFS_0000100987.pdf | 6/10/2022 | New England Wind LOA - Application NMFS Comments |
| NMFS_0000100988-NMFS_0000101289.pdf | 6/30/2022 | Final New England Wind LOA - Application |
| NMFS_0000101290-NMFS_0000101290.xlsx | 6/30/2022 | NE Wind LOA Application NMFS Comments Responses |
| NMFS_0000101291-NMFS_0000101592.pdf | 7/8/2022 | Final New England Wind LOA - Application NMFS Comments |
| NMFS_0000101593-NMFS_0000101593.xlsx | 7/13/2022 | NE Wind LOA Application NMFS Comments Responses |
| NMFS_0000101594-NMFS_0000101645.pdf | 1/13/2023 | Updates to the New England Wind LOA - Application |
| NMFS_0000101646-NMFS_0000101697.pdf | 2/14/2023 | Updated TakeMemo NMFS Edits |
| NMFS_0000101698-NMFS_0000101698.xlsx | 3/10/2023 | NE Wind Updated LOA Memo NMFS Comments Responses |
| NMFS_0000101699-NMFS_0000101745.pdf | 10/27/2023 | Drilling Tech Memo NE Wind P001398-007 |
| NMFS_0000101746-NMFS_0000101782.pdf | 1027/2023 | Vibratory and Impact Tech Memo NE Wind P001398-007 |
| NMFS_0000101783-NMFS_0000101783.xlsx | 11/7/2023 | NE Wind LOA Update Document Comment Responses |
| NMFS_0000101784-NMFS_0000101861.pdf | 11/7/2023 | NE Wind LOA Updates |
| NMFS_0000101862-NMFS_0000101862.xlsx | 12/5/2023 | NE Wind LOA Update Comment Responses |
| NMFS_0000101863-NMFS_0000101946.pdf | 12/5/2023 | NE Wind LOA Updates 12.05.2023 (redline) |
| NMFS_0000101947-NMFS_0000102545.pdf | 12/5/2023 | NE Wind App. III - M Hydroacoustic Report (redline) |