**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ACK FOR WHALES, Inc., *et al.*,<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br>Defendants,<br><br>and<br><br>AVANGRID POWER, LLC, *et al.*<br>Defendant-Intervenors. | Case No. 1:25-cv-01678-AHA<br><br>Honorable Amir H. Ali |

**FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Federal Defendants hereby move for an order granting them summary judgment on Plaintiffs' First and Second Causes of Action regarding their claims against the Department of Commerce; the National Marine Fisheries Service; Howard Lutnick, in his official capacity; and Eugenio Piñeiro Soler, in his official capacity. With respect to Plaintiffs' Third Cause of Action, Dkt. No. 1 ¶¶ 123-140, the Department of the Interior agrees that remand without vacatur of its prior approval of the construction and operations plan ("COP") for the New England Wind Project is warranted so that the agency can revaluate its compliance with the Outer Continental Shelf Lands Act. Given that remand, the Court need not reach Plaintiffs' remaining claims under the Fourth Cause of Action, Dkt. No. 1 ¶¶ 141-172.

Dated: October 20, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy & Natural Resources Division

/s/ *Mark Arthur Brown*

MARK ARTHUR BROWN
Senior Trial Attorney
D.C. Bar No. 470050
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 532-3103
Mark.brown@usdoj.gov

/s/ *Peter Kryn Dykema*
PETER KRYN DYKEMA
Senior Trial Attorney
Natural Resources Section
(202) 532 3086
Peter.dykema@usdoj.gov

*Counsel for the United States*

*Of Counsel:*

Stephen R. Vorkoper
Benjamin D. Neumann
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW
Washington, D.C. 20240

Scott M. Farley
Attorney-Advisor
National Oceanic and Atmospheric Administration
Office of General Counsel, Northeast Section
55 Great Republic Drive
Gloucester, MA 01930

Gladys P. Miles
Attorney-Advisor
National Oceanic and Atmospheric Administration
Office of General Counsel, Fisheries and Protected Resources Section
1315 East-West Highway
SSMC-3, Room 15115
Silver Spring, MD 20910