**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ACK FOR WHALES, INC., *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,

Defendants,

and

AVANGRID POWER, LLC,
PARK CITY WIND LLC, and
COMMONWEALTH WIND, LLC,

Defendant-Intervenors.

Case No.: 1:25-cv-01678-AHA

Hon. Amir H. Ali

**DECLARATION OF JANICE M. SCHNEIDER IN SUPPORT OF DEFENDANT INTERVENORS AVANGRID POWER, LLC, PARK CITY WIND LLC, AND COMMONWEALTH WIND, LLC'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746(2), I, Janice M. Schneider, hereby declare:

1. I am an attorney licensed to practice law in the District of Columbia, a member of this Court, and a Partner at Latham & Watkins LLP in Washington, DC. I am counsel of record for Defendant-Intervenors Avangrid Power, LLC, Park City Wind LLC, and Commonwealth Wind, LLC (collectively "Intervenors") in the above-captioned action. I execute this declaration in support of Intervenors' Cross-Motion for Summary Judgment based on my personal knowledge of the matters referred to herein and, if called upon to do so, could and would testify truthfully thereto.

2. A true and correct copy of a letter from Thomas Stavola, Jr., counsel to Plaintiffs, dated January 13, 2025, entitled "*New England Wind Offshore Energy Project (Lease OCS-A*

*0534) 60-Day Notice of Intent to Sue for Violations of the Outer Continental Shelf Lands Act (OCSLA) [43 U.S.C. §§ 1331, et seq*., is attached hereto as **Exhibit A**.

3. A true and correct copy of a letter from Thomas Stavola, Jr., counsel to Plaintiffs, dated January 13, 2025, entitled "*60-Day Notice of Intent to Sue: Violations of Endangered Species Act – Legally Deficient Biological Opinion for New England Wind Offshore Energy Project (Lease OCS-A 0534) and Related Incidental Take Authorization and Incidental Harassment Authorization*", is attached hereto as **Exhibit B**.

4. A true and correct copy of a letter from the Commonwealth of Massachusetts Department of Energy Resources to Avangrid, dated June 30, 2026, is attached hereto as **Exhibit C**.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746(2) that the foregoing is true and correct.

Executed on November 3, 2026, in Washington, D.C.

*/s/ Janice M. Schneider*
Janice M. Schneider