# EXHIBIT A

LAW OFFICE OF THOMAS STAVOLA JR, LLC

Law Office of Thomas Stavola, Jr., LLC
209 County Road 537, Colts Neck, NJ 07722
P: 732-790-0639 E: tstavolajr@stavolalaw.com

January 13, 2025 *By Email and U.S. Mail*

Deb Haaland
Secretary of the Interior
1849 C Street, NW
Washington, DC 20240
secyhaaland@doi.gov
feedback@ios.doi.gov exsec@ios.doi.gov
Deb_Haaland@ios.doi.gov

Gina M. Raimondo, Secretary of Commerce
U.S. Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230 secyraimondo@doc.gov

Elizabeth Klein, Director
Bureau of Ocean Energy Management
1849 C Street, NW
Washington, D.C. 20240 elizabeth.klein@boem.gov

Benjamin Friedman, NOAA Administrator
National Oceanic and Atmospheric Administration
1401 Constitution Avenue NW, Room 5128
Washington, DC 20230
benjamin.friedman@noaa.gov

Richard W. Spinrad, Under Secretary of Commerce for Oceans and Atmosphere & NOAA Administrator
National Oceanic and Atmospheric Administration
1401 Constitution Avenue NW, Room 5128
Washington, DC 20230 rick.spinrad@noaa.gov

The United States Army Corps of Engineers Lieutenant General, Scott A. Spellmon
Commanding General of the United States Army Corps of Engineers
441 G Street, NW
Washington, DC 20314-1000
Scott.A.Spellmon@usace.army.mil

S LAW OFFICE OF THOMAS STAVOLA JR, LLC

Law Office of Thomas Stavola, Jr., LLC
209 County Road 537, Colts Neck, NJ 07722
P: 732-790-0639 E: tstavolajr@stavolalaw.com

The United States Environmental Protection Agency
Michael S. Regan, Administrator Office of the Administrator
1200 Pennsylvania Avenue, NW Washington, D.C. 20460
Mail Code 1101A
Regan.Michael@epa.gov

The United States Coast Guard
Commandant of the Coast Guard
Admiral Linda L. Fagan
US Coast Guard Stop 7318
2703 Martin Luther King Jr. Ave, SE Washington, DC 20593-7318
NationalCommandCenter@uscg.mil

Janet Coit
Assistant Administrator, NOAA Fisheries
1315 East-West Highway
Silver Spring, MD 20910 janet.coit@noaa.gov

***Re: New England Wind Offshore Energy Project (Lease OCS-A 0534)***
***60-Day Notice of Intent to Sue for Violations of the Outer Continental Shelf Lands Act (OCSLA)[43 U.S.C. §§ 1331, et seq]***

To the Above-Listed Addressees:

This Law Office represents ACK For Whales, a group of Nantucket community members who are concerned about the negative impacts of offshore wind development off the south shores of Massachusetts. Those negative impacts include the terrestrial and marine environments that will be adversely affected by the proposed New England Wind Offshore Energy Project, which the Bureau of Ocean Energy Management (BOEM) approved by Record of Decision (ROD) on April 2, 2024.[1]

ACK For Whales, by way of this letter, hereby notify the above-listed entities that the New England Wind Offshore Energy Project (hereinafter, "Project") will induce substantial adverse effects on certain biological resources, including the endangered North Atlantic Right Whale ("NARW"), interfere with ongoing economic activities in the high seas and territorial seas, including but not limited to tourism, commercial fishing and whale watching, in violation of the Outer Continental Shelf Lands Act. 43 U.S.C. §§ 1331, *et seq*.

Therefore, if the hereinabove delineated agencies do not abrogate approval of the Project or

[1] https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/Record%20of%20Decision_New%20England%20Wind_OCS-A%200534.pdf

LAW OFFICE OF
THOMAS STAVOLA JR, LLC

Law Office of Thomas Stavola, Jr., LLC
209 County Road 537, Colts Neck, NJ 07722
P: 732-790-0639 E: tstavolajr@stavolalaw.com

otherwise take action to avert the OCSLA violations set forth herein, ACK For Whales will commence suit in a federal court of competent jurisdiction to procure appropriate relief. See 43 U.S.C. § 1349(a)(2)(A).

**BOEM's OCSLA Violations**

Pursuant to Section 1337(p)(4) of OCSLA:

> The Secretary shall ensure that any activity under this subsection is carried out in a manner that provides for—
> (A) safety;
> (B) protection of the environment;
> (C) prevention of waste;
> (D) conservation of the natural resources of the outer Continental Shelf;
> (E) coordination with relevant Federal agencies;
> (F) protection of national security interests of the United States;
> (G) protection of correlative rights in the outer Continental Shelf;
> (H) a fair return to the United States for any lease, easement, or right-of-way under this subsection;
> (I) prevention of interference with reasonable uses (as determined by the Secretary) of the exclusive economic zone, the high seas, and the territorial seas;
> (J) consideration of—
> i. the location of, and any schedule relating to, a lease, easement, or right-of-way for an area of the outer Continental Shelf; and
> ii. any other use of the sea or seabed, including use for a fishery, a sealane, a potential site of a deepwater port, or navigation;
> (K) public notice and comment on any proposal submitted for a lease, easement, or right-of-way under this subsection; and
> (L) oversight, inspection, research, monitoring, and enforcement relating to a lease, easement, or right-of-way under this subsection.

**I. By approving the Project, BOEM violated Section 1337(p)(4)(A), (B), (D) in multifarious ways, and as such, these violations should be rectified forthwith.**

- BOEM's approval failed to ensure protection of the environment and conservation of the natural resources of the outer Continental Shelf.

- In the case of the Project, BOEM abdicated its statutory and regulatory duty to properly, sufficiently examine the impacts of the Project on the North Atlantic Right Whale and other marine mammals. These impacts include but are not limited to the NARW's migration, feeding, habitat, and other life cycle behaviors. The inimical impacts of the Project include

LAW OFFICE OF
THOMAS STAVOLA JR, LLC

Law Office of Thomas Stavola, Jr., LLC
209 County Road 537, Colts Neck, NJ 07722
P: 732-790-0639 E: tstavolajr@stavolalaw.com

high resolution geophysical surveys, pile driving, and operational phase.

- During the construction phase of the Project (i.e., pile driving), high intensity noise emanated from the pile driving sites will induce disruptions to the NARW and other marine mammals' navigational capacity, spatial orientation, potentially splitting mothers and calves, and otherwise catalyzing behavioral disruptions that can and do eventuate in injuries and deaths.

- The Project is proposed within a critical region of feeding grounds for the NARW, including but not limited to the area south of New England (i.e., south of Nantucket and Martha's Vineyard).

- The Project intends to construct up to 130 wind turbine generators with power capacities of up to 15 MW.

- The pile driving will induce permanent hearing loss in a substantial proportion of NARW.

- The operational phase of the Project will continue to induce perpetual impacts to marine mammals and the NARW which heavily utilizes the region within which the Project is proposed. This operational noise will catalyze numerous Level B and Level A takes. The operational component's impact on the health of marine mammals and NARW specifically is completely unaccounted for in the BiOp, Letter of Authorization and Incidental Take Statement.

## II. BOEM has violated OCSLA by abdicating its duty to ensure the prevention of pollution, discharges, or otherwise, which can degrade the marine environment

Pursuant to OCSLA regulations, at 30 CFR 585.105, it provides:

> (a) Design your projects and conduct all activities in a manner that ensures safety and will not cause undue harm or damage to natural resources, including their physical, atmospheric, and biological components to the extent practicable; and take measures to prevent unauthorized discharge of pollutants including marine trash and debris into the offshore environment;

There is no evidence in the BiOp, EIS documents, LOA, or elsewhere that the Secretary has directed the applicant or otherwise taken such steps necessary to obviate the above from eventuating.

LAW OFFICE OF THOMAS STAVOLA JR, LLC

Law Office of Thomas Stavola, Jr., LLC
209 County Road 537, Colts Neck, NJ 07722
P: 732-790-0639 E: tstavolajr@stavolalaw.com

**Conclusion**

As explained in the foregoing, the Secretary was without legal authority in approving the Project. The available evidence evinces that the Project will not provide for the protection of the environment, the conservation of the natural resources of the Outer Continental Shelf, safety; and moreover, the Secretary has not taken steps to effectuate the Project's compliance with 30 CFR 585.105. Accordingly, OCSLA has been violated, and the Project's approvals must be rescinded prior to the construction of the Project.

Respectfully submitted,

*/s/ Thomas Stavola, Jr. Esq.*

Thomas Stavola, Jr., Esq.
Law Office of Thomas Stavola, Jr., LLC
209 County Road 537
Colts Neck, NJ 07722
E: tstavolajr@stavolalaw.com
P: 732-790-0639

cc: ACK For Whales