# EXHIBIT C

COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF
ENERGY AND ENVIRONMENTAL AFFAIRS
**DEPARTMENT OF ENERGY RESOURCES**
100 CAMBRIDGE ST., 9th FLOOR
BOSTON, MA 02114
Telephone: 617-626-7300

**Maura T. Healey**
Governor

**Kimberley Driscoll**
Lt. Governor

**Rebecca L. Tepper**
Secretary

**Elizabeth Mahony**
Commissioner

June 30, 2026

Kenneth Kimmell
125 High Street, 6th Floor
Boston, MA 02110
kenneth.kimmell@avangrid.com

Mical Nobel
125 High Street, 6th Floor
Boston, MA 02110
Mical.nobel@avangrid.com

Re: Massachusetts Offshore Wind 83C IV RFP/ Avangrid Renewables, LLC New England Wind 1 Single-State Massachusetts Bid, 791 MW Proposal (the Avangrid Proposal)

Dear Mr. Kimmell & Ms. Nobel:

The Massachusetts Department of Energy Resources (DOER) is contacting you regarding the Avangrid Proposal that was submitted in response to the Massachusetts Green Communities Act Section 83C RFP (83C IV RFP) for long-term contracts for offshore wind energy projects and that was conditionally selected and for which contract negotiations are ongoing.

As part of its bid submission, Avangrid Renewables, LLC (Avangrid) certified that the prices, terms, and conditions of the Avangrid Proposal are valid and remain open until November 8, 2024. In addition, in its selection letter, DOER stated that its selection would terminate if contracts with the Massachusetts Electric Distribution Companies[1] (Distribution Companies) for the Avangrid Proposal are not executed by November 8, 2024, as well, unless DOER provides notice otherwise.

---

[1] Fitchburg Gas and Electric Light Company d/b/a Unitil, Massachusetts Electric Company d/b/a National Grid, Nantucket Electric Company d/b/a National Grid, NSTAR Electric Company d/b/a Eversource.

On November 5, 2024, DOER provided notice to Avangrid that it was offering to extend that deadline and for the Distribution Companies to continue contract negotiations with Avangrid until at least January 15, 2025. On November 6, 2024, Avangrid agreed to hold open until December 31, 2024, the pricing, terms, and conditions of the Avangrid Proposal, which DOER agreed to by return letter on November 7, 2024. On December 19, 2024, DOER provided an updated notice requesting Avangrid extend all deadlines until February 28, 2025. DOER provided a subsequent notice on February 27, 2025, requesting Avangrid extend all deadlines until March 31, 2025. On March 26, 2026, Avangrid agreed to extend all deadlines further until June 30, 2025. On June 24, 2025, DOER requested Avangrid extend all deadlines until December 31, 2025, to which Avangrid agreed. Lastly, on December 15, 2025, Avangrid agreed to extend all deadlines until June 30, 2026.

DOER is now providing notice to Avangrid extending the June 30, 2026, deadline for contract execution until January 29, 2027. For DOER to extend the deadline and for the Distribution Companies to continue contract negotiations, Avangrid must agree to hold open the Avangrid Proposal as submitted[2] until at least January 29, 2027.

As a reminder, Avangrid's conditional selection by DOER and contract negotiations with the Distribution Companies may be terminated at any time, at DOER's sole discretion. Further, the negotiations continue to be subject to all conditions and requirements previously imposed on bidders under the 83C IV RFP. No agreement to any term in the Avangrid Proposal or the long-term contracts between Avangrid and the Distribution Companies should be inferred from the continued negotiations or the extension in this letter, and any such agreement will be subject to the execution of long-term contracts by the authorized representatives of Avangrid and the Distribution Companies.

If you have any questions, please reach out to DOER.

[2] "As submitted" here means as originally submitted and subsequently modified in response to the Evaluation Team requests and questions over the course of the RFP evaluation period. Thus, Avangrid may not "refresh" or modify its bid further during the negotiation period described above, except at the request of DOER or the Distribution Companies.

**Your written signed response below is due by 5:00pm Eastern, June 30, 2026**, and must be sent to marfp83C@gmail.com and DOER (colin.carroll@mass.gov, marian.harkavy@mass.gov). Upon DOER's receipt of your signed response holding open the Avangrid Proposal as submitted until at least January 29, 2027, the deadline for execution of the contracts with the Distribution Companies will be extended to January 29, 2027.

Regards,

**DEPARTMENT OF ENERGY RESOURCES**

By its attorney,

Colin P. Carroll, Esq.
100 Cambridge Street
Boston, MA

ACCEPTED AND AGREED BY:

Signed by:

F1C88D820AC5412...

Bidder or • Bidder's Authorized Representative

KENNETH KIMMELL

Print or Type Name

Chief Development Officer

Title

2026-06-30

Date