**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ACK FOR WHALES, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>Defendants,<br><br>and<br><br>AVANGRID POWER, LLC,<br>PARK CITY WIND LLC, and<br>COMMONWEALTH WIND, LLC,<br><br>Defendant-Intervenors. | Case No.: 1:25-cv-01678-AHA<br><br>Hon. Amir H. Ali |

**[PROPOSED] ORDER**

Upon consideration of the parties' cross-motions for summary judgment and the briefs in response, support, and opposition, and any argument thereto, the Court hereby **ORDERS** that:

1. Defendant-Intervenors' Motion for Summary Judgment is **GRANTED**;
2. Federal Defendants' Motion for Summary Judgment is **DENIED IN PART** to the extent it (i) requests remand of the Bureau of Ocean Energy Management's approval of the New England Wind Project's Construction and Operations Plan and (ii) requests that this Court decline to rule on Plaintiffs' challenge under the National Historic Preservation Act. Federal Defendants' Motion for Summary Judgment is otherwise **GRANTED IN PART** as to the Marine Mammal Protection Act and Endangered Species Act claims; and

3. Plaintiffs' Motion for Summary Judgment is **DENIED**.

**IT IS SO ORDERED** on this ____ day of ____________, 2026.

______________________
Honorable Amir H. Ali
United States District Judge

**NAMES OF PERSONS TO BE SERVED**
**WITH PROPOSED ORDER UPON ENTRY**

In accordance with Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above proposed order:

Thomas Stavola Jr. Esq.
Law Office of Thomas Stavola Jr. LLC
209 County Road 537
Colts Neck, NJ 07722
tstavolajr@stavolalaw.com
(732) 539-7244

Peter Kryn Dykema
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
peter.dykema@usdoj.gov
(202) 532-3086

Mark Arthur Brown, Sr
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Mark.Brown@usdoj.gov
(202) 532-3103

Bonnie M. Ballard
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
bonnie.m.ballard@usdoj.gov
(202) 532-5567

Janice M. Schneider
Latham & Watkins LLP
555 11th St NW, Suite 1000
Washington, D.C. 20004
202-637-2200
janice.schneider@lw.com

Devin M. O'Connor
Latham & Watkins LLP
555 11th St NW, Suite 1000
Washington, D.C. 20004
202-637-2200
devin.o'connor@lw.com

De Vann S. Sago
Latham & Watkins LLP
555 11th St NW, Suite 1000
Washington, D.C. 20004
202-637-2200
devann.sago@lw.com

Turner Smith
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
617-721-9174
turner.smith@mass.gov

Jon Whitney
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
617-727-2200
jon.whitney@mass.gov